# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 5:20-MJ-00005 JLT |
|---|---|---|
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| ANTONIO PINEDA,, | ) | |
| Defendant. | ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Monica L. Bermudez be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 18, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **February 19, 2020**   /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE